■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONIE JACKSON, Appellant. [892 NYS2d 906]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 9, 2008 (*People v Jackson*, 54 AD3d 775 [2008]), affirming an order of the Supreme Court, Queens County, dated September 30, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Skelos and Florio, JJ., concur.